John **RICHARDS**, assignee of Topco, Inc., a Montana corporation, Plaintiff—Appellant,

v.

**UNITED STATES of America, Internal Revenue Service,** Defendant—Appellee.

No. 01–35445.

D.C. No. CV–98–00002 DWM.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

MEMORANDUM**

John Richards appeals pro se the district court's order denying his motion for attorneys' fees. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion a denial of attorneys' fees, *see United States v. Yochum (In re Yochum),* 89 F.3d 661, 670 (9th Cir.1996), and we affirm.

The district court acted within its discretion in concluding that the Internal Revenue Service's litigation position was substantially justified. *See Id.* at 670–71. Accordingly, we affirm the denial of fees. *See* 26 U.S.C. § 7430(c)(4)(B).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.